**FILED**
August 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**UNITED STATES OF AMERICA**
**V.**

Jose Omar Monreal Gerardo

**CRIMINAL COMPLAINT**

**Case Number: PE: 26-MJ-313**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 08/19/2026 in Winkler County, in the Western District Of Texas defendant(s) did, knowingly used, attempted to use, or possessed an immigrant or nonimmigrant visa, permit, border crossing card, or other documents prescribed by statute or evidence of authorized stay or employment in the United States, knowing the document to be forged, or falsely made.

in violation of Title 18 United States Code, Section(s) 1546(a)

I further state that I am a(n) Deportation Officer and that this complaint is based on the following facts:

On August 18, 2026, I responded to the Winkler County Jail in Kermit, Texas, within the Western District of Texas, where the Defendant was being held following his arrest for driving without a valid driver's license. During my investigation, I conducted an in-person administrative immigration interview with the Defendant and reviewed his personal property maintained by the jail. Among the Defendant's personal property, I located a purported Permanent Resident Card (Form I-551) bearing his identifying information.

A review of Defendant's immigration records shows that he has no record of lawful permanent resident status, no valid immigration document authorizing his stay in the United States, and no other record indicating that he is currently authorized to remain in the United States.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Doris McGill
Signature of Complainant

Doris Jo McGill
Printed Name of Complainant

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

8/20/2026 at Alpine,Texas
Date City/State

David Fannin U.S. Magistrate Judge
Name & Title of Judicial Officer

[signature]
Signature of Judicial Officer

# AFFIDAVIT

United States of America v.

**Defendants:**

1) Jose Omar Monreal Gerardo

I, Doris Jo McGill , am a Deportation Officer employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I am authorized to enforce the immigration laws of the United States.

During the interview, the Defendant identified himself as Jose Omar Montreal Gerardo and stated that he is a citizen and national of Mexico.

The purported Permanent Resident Card was examined by me and based on my training, experience and examination of the document, I determined to be counterfeit and has not been lawfully issued by the United States Government.

Based on my personal observations, the location of the document among the Defendant's personal property, and the fact that it bore the Defendant's identifying information, there is probable cause to believe that the Defendant knowingly possessed the counterfeit Permanent Resident Card.

During my interview with the Defendant, he admitted that approximately 19 years ago, he knowingly purchased counterfeit Permanent Resident Card and Social Security Card in Fort Worth, Texas, for $120.00 USD dollars.

The Permanent Resident Card is an alien registration receipt card prescribed by statute or regulation as evidence of authorized stay or employment in the United States.

I make this affidavit based upon my personal knowledge, Defendant's statements and admissions during the interview, records reviewed, and actions taken during the course of my official duties. The statements contained herein are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2026.

Doris McGill

Doris Jo McGill

Deportation Officer

Honorable Judge David B. Fannin
United States Magistrate Judge